JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REICHWEIN, | CASE NO.: 2:23-cv-00603-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Following the trial of this matter by the Court, on July 8, 2025 the Court ordered that judgment be entered in favor of Plaintiff MITCHELL REICHWEIN and against Defendant UNITED STATES OF AMERICA for a total amount of $470,859.05–comprised of (1) $8,206.00 in stipulated property damages; (2) $114,653.05 in stipulated past medical expenses; (3) $3,000.00 in nonspeculative future medical expenses; and (4) $345,000.00 in combined past and future non-economic damages. [Dkt. 83].

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Judgment be, and is hereby **ENTERED** in favor of Plaintiff Mitchell Reichwein,

and against Defendant United States of America on Plaintiff's Federal Tort Claim Act ("FTCA") claim in the total amount of $470,859.05.

**IT IS SO ORDERED.**

DATED: July 15, 2025

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE